UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OFFLORIDA

NORTHERN DIVISION

## CIVIL RIGHTS COMPLAINT FORM

TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS

UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Ronald David Jones.

(Plaintiff)

Vs.                                                    CASE NO.:**4:20-CV-00497-RH-MAF**

Gadsden County High School

Pamela Jones

(Defendants)

## I. PLAINTIFF:

Ronald David Jones

1821 McKelvy Street

Quincy, Florida 32351

## II.  DEFENDANTS:

Gadsden County High School

Pamela Jones

27001 Blue Star Memorial Hwy

Havana, Florida 32333

## III. STATEMENT OF THE FACTS:

1. 08/2019…On this date or the month before Mr. Jones applied for Social Studies position at Gadsden County High School. **Mr. Plewa** was hired at Gadsden County High School to fill the position. I have teaching experience, previously worked for Gadsden County Schools, I also had substitute taught in an English position from 01/19 thru 01/2019, and I believe that I was discriminated against because of Race-Black, Age-40 years or older, and retaliation for case previously file with Florida Commission on Human Relations. When Mr. Plewa quit the first week of school, I substitute taught in this social studies position until Gadsden County High School hired a teacher straight out of college with no teaching experience.

2. 08/2019…On this date or the month before Mr. Jones applied for Social Studies position at Gadsden County High School. **Ms. D. Robinson** was hired at Gadsden County High School to fill the position. I have teaching experience, previously worked for Gadsden County Schools, I also had substitute taught in an English position from 01/2019 thru 06/2019, and I believe that I was discriminated against because of Sex-male, Age-40 years or older, and retaliation for case previously file with Florida Commission on Human Relations. When Mr. Plewa quit the first week of school, I substitute taught in this social studies position from 08/2019 thru 01/2020, and Gadsden County High School hired a teacher straight out of college with no teaching experience.

3. 08/2019…On this date or the month before Mr. Jones applied for Social Studies position at Gadsden County High School. **Ms. Shields** was hired at Gadsden County High School to fill the position. I have teaching experience, previously worked for Gadsden County Schools, I also had substitute taught in an English position from 01/2019 thru 06/2019, and I believe that I was discriminated against because of Sex-male, Age-40 years or older, and retaliation for case previously file with Florida Commission on Human Relations. When Mr. Plewa quit the first week of school, I substitute taught in this social studies position from 08/2019 thru 01/2020, and Gadsden County High School hired a teacher straight out of college with no teaching experience.

4. 08/2019…On this date or the month before Mr. Jones applied for Social Studies position at Gadsden County High School. **Ms. Stephenson** was hired at Gadsden County High School to fill the position. I have teaching experience, previously worked for Gadsden County Schools, I also had substitute taught in an English position from 01/2019 thru 06/2019, and I believe that I was discriminated against because of Sex-male, Age-40 years or older, and retaliation for case previously file with Florida Commission on Human Relations. When Mr. Plewa quit the first week of school, I substitute taught in this social studies position from 08/2019 thru 01/2020, and Gadsden County High School hired a teacher straight out of college with no teaching experience.

5. 08/2019…On this date or the month before Mr. Jones applied for Social Studies position at Gadsden County High School. **Ms. Dauphin** was hired at Gadsden County High School to fill the position. I have teaching experience, previously worked for Gadsden County Schools, I also had substitute taught in an English position from 01/2019 thru 06/2019, and I believe that I was discriminated against because of Sex-male, Age-40 years or older, and retaliation for case previously file with Florida Commission on Human Relations. When Mr. Plewa quit the first week of school, I substitute taught in this social studies position from 08/2019 thru 01/2020, and Gadsden County High School hired a teacher straight out of college with no

teaching experience.

## IV. STATEMENT OF CLAIMS:

1. Employment Discrimination

2. Race...Black

3. Sex...Male

4. Age...40 years or older

5. Retaliation

6. Religion...Kristosian

7. Sexual Orientation...Straight

## V. RELIEF REQUESTED:

1. Reinstatement

2. Backpay

3. Unspecified monetary damages for pain and suffering

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

10-12-2020

(Date)

(Signature of Plaintiff)

4

Ronald D. Jones
1821 Mckelvy Street
Quincy, FL 32351

TALLAHASSEE FL 323
13 OCT 2020 PM 3 L

Gwen Ifill

United States District Court
For The Northern District of Florida
Office of The Clerk
111 North Adams Street
Suite 322
Tallahassee FL 32301-7717

32301-7730