UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.    4:20cv497-RH-MAF

RONALD DAVID JONES,

    *Plaintiff,*

v

GADSDEN COUNTY SCHOOLS
and PAMELA JONES

    *Defendants*.

JUDGMENT

This case is dismissed for failure to prosecute and for failure to comply with a court order.

                              JESSICA J. LYUBLANOVITS
                              CLERK OF COURT

<u>April 2, 2021</u>                    <u>s/Ronnell Barker</u>
DATE                            Deputy Clerk: Ronnell Barker